Argued and submitted March 31, conviction affirmed; remanded for resentencing June 10, reconsideration denied October 28, petition for review pending 1992

STATE OF OREGON,
*Respondent,*

*v.*

ROBERT DEAN DAVIS,
*Appellant.*

(91C-20370; CA A71158)

832 P2d 465

Charles E. Luukinen, Judge pro tempore.

Steven V. Humber, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Mary H. Williams, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Conviction affirmed; remanded for resentencing. *State v. Haydon*, 113 Or App 205, 832 P2d 457 (1992).